*[handwritten: nothing calendared / 5 7]*

1  Daniel Feder (SBN 130867)
   **LAW OFFICES OF DANIEL FEDER**
2  332 Pine Street, Suite 700
   San Francisco, CA 94104
3  Telephone: (415) 391-9476
   Facsimile: (415) 391-9432
4

5  Attorneys for Plaintiff,
   NINA FU

6

7                    UNITED STATES DISTRICT COURT

8             IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 | NINA FU, an individual,                    | Case No.: C09-05056 VRW
11 |                Plaintiff,                  | JOINT STIPULATION REGARDING TRIAL
   |                                            | CONTINUANCE AND EXTENSION OF ALL
12 |        v.                                  | PRE-TRIAL DEADLINES IN THE MATTER
   |                                            | OF NINA FU V. WALTER PARKING
13 | WALKER PARKING CONSULTANTS, a              | CONSULTANTS; [PROPOSED] ORDER
   | Michigan corporation licensed to do business| REGARDING SAME
14 | in the State of California; and DOES 1-100,
   | inclusive,
15 |                Defendants.

16    The Parties to the above entitled action, Walker Parking Consultants ("Defendant") and Nina

17 Fu ("Plaintiff") (collectively referred to as the "Parties"), by and through their undersigned counsel,

18 hereby stipulate and agree as follows:

19    1.    WHEREAS, the trial in this matter is currently scheduled for May 16, 2011;

20    2.    WHEREAS, the non-expert discovery cut-off is currently scheduled November 15,

21 2010 and the dispositive motion filing deadlines is January 18, 2010;

22    3.    WHEREAS, due to previously scheduled professional and personal commitments, and

23 due to logistical issues for out-of-state depositions, the parties require additional time to complete

24 discovery;

25    4.    WHEREAS, Defendant intends on filing a dispositive motion in this case and will be

26 prejudiced if it cannot complete Plaintiff's deposition in advance of the dispositive motion cutoff;

27

5.    WHEREAS, the Parties have met and conferred and have agreed to stipulate to a ninety (90) day continuance of the trial date and to re-set all pre-trial dates, including the dispositive motion cut-off date as set forth below;

6.    WHEREAS, the Parties have met and conferred and have specifically agreed to a continuance in accordance with the following calendar: and

    (a)   The trial date is August 15, 2011;

    (b)   The Pre-trial Conference is August 2, 2011;

    (c)   Joint Pretrial Statement is due July 25, 2011;

    (d)   The expert witness designation is June 14, 2011;

    (e)   The expert discovery cutoff is July 18, 2011;

    (f)   The expert witness disclosure deadline is June 14, 2011; and

    (g)   The last date on which dispositive motion(s) can be heard is May 31, 2011.

**NOW THEREFORE**, all Parties hereto stipulate and agree that the Court may enter an Order vacating the May 16, 2011 trial date, and setting the new trial date and pre-trial deadlines in accordance with the schedule set forth in Section 6 (a) – (g) above.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: 11/11/10

Law Offices of Daniel Feder

Daniel L. Feder
Attorneys for Plaintiff
NINA FU

Dated: _____

SEYFARTH SHAW LLP

Michael J. Burns
Attorneys for Defendant
WALKER PARKING CONSULTANTS

1                                        [PROPOSED] ORDER

2      IT IS SO ORDERED.

4      Dated: 11/18/2010



Judge Vaughn R Walker

---

*Fu v. Walking Parking Consultants*  
Case No.: C09-05056 VRW          3          Joint Stipulation Regarding Trial Continuance.  
and Extension of All Pre-Trial Deadlines