IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Nina Fu,<br><br>    Plaintiff,<br>  v.<br><br>Walker Parking Consultants,<br><br>    Defendant. | NO. C 09-05056 JW<br><br>**ORDER CONTINUING DEADLINE FOR DISPOSITIVE MOTIONS; CONTINUING TRIAL DATES** |
|---|---|

Presently before the Court is Defendant's Administrative Motion Requesting Earlier Hearing Date for Defendant's Motion for Summary Judgment. (hereafter, "Motion," Docket Item No. 27.) Defendant requests an earlier hearing date on the grounds that (1) the parties current schedule set May 31, 2011 as the dispositive motion cutoff date; and (2) the currently noticed July 11, 2011 hearing date for Defendant's Motion for Summary Judgment is only a month prior to trial, currently set to begin on August 15, 2011. (Motion at 2.) Defendant alternatively requests that the Court continue the dispositive motion deadline and trial date by sixty days. (Id.) Upon review, the Court finds it appropriate to GRANT Defendant's alternative request to continue the dispositive motion deadline and trial dates in light of the Court's own unavailability.

Accordingly the Court CONTINUES the deadline for hearing dispositive motions and the trial dates. On **July 11, 2011**, the Court will hear Defendant's Motion for Summary Judgment. The Court modifies the trial schedule as follows:

| **Final Pretrial Conference at 11 a.m. (¶4 )**<br>(*≈14 days before Jury Selection)* | **October 3, 2011** |
|---|---|

| Joint Pretrial Conference Statement, *In Limine* Motions, and Proposed Jury Instructions Due<br>(≈30 days before Final Pretrial Conference)<br><br>Once the in limine binders are lodged with the Court (¶3(b)), the Court will determine whether a hearing is necessary for the motions in advance of the Final Pretrial Conference and set the hearing accordingly. | September 2, 2011 |
|---|---|
| Jury Selection | October 18, 2011 at 9 a.m. |
| Jury Trial Date and Sessions[1]<br>Sessions 1-4<br>Sessions 5-8<br><br>Argue & Submit<br><br>Jury Deliberations | October 18-21, 2011, 1 p.m. - 4 p.m.<br>October 25-28, 2011, 1 p.m. - 4 p.m.<br><br>November 1, 2011, at 1 p.m.<br><br>November 2-4, 2011, as needed |

Dated: April 13, 2011

JAMES WARE
United States District Chief Judge

---

[1] **Jury trials are held in afternoon sessions from 1:00pm to 4:00pm, Tuesdays through Fridays unless the Court otherwise specifies. At the Final Pretrial Conference, the Court reserves the right to fold the afternoon sessions into morning sessions (9:00 a.m. - 12:00 p.m.) thus creating full days for trial. The final trial schedule will be confirmed at the Final Pretrial Conference.**

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ashley E Choren achoren@seyfarth.com
Daniel L. Feder danfeder@pacbell.net
Eden Edwards Anderson eanderson@seyfarth.com
Michael J. Burns mburns@seyfarth.com

**Dated: April 13, 2011**                    **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
              **Elizabeth Garcia**
              **Courtroom Deputy**

**United States District Court**
For the Northern District of California