Seyfarth Shaw LLP
Michael J. Burns (SBN 172614) mburns@seyfarth.com
Eden Anderson (SBN 233464) eanderson@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
WALKER PARKING CONSULTANTS

Law Offices of Daniel Feder
Daniel Feder (SBN 130867)
Oleg Albert (SBN 251270)
332 Pine Street, Suite 700
San Francisco, California 94104
Telephone:  (415) 391-9476
Facsimile:   (415) 391-9432

Attorneys for Plaintiff
NINA FU

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA FU, an individual, | Case No. C09-05056 JW |
| Plaintiff, | **STIPULATION TO EXTEND CERTAIN DISCOVERY DEADLINES AND [PROPOSED] ORDER THEREON** |
| v. | |
| WALKER PARKING CONSULTANTS, a Michigan corporation licensed to do business in the State of California; and DOES 1-100, inclusive, | |
| Defendants. | |

The Parties to the above entitled action, Walker Parking Consultants ("Defendant") and Nina Fu ("Plaintiff") (collectively referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1.     WHEREAS, the trial in this matter was recently continued to October 18, 2011;

2.     WHEREAS, the existing expert witness disclosure deadline is June 14, 2011;

1  3. WHEREAS, the existing expert discovery cutoff is July 18, 2011; and

2  4. WHEREAS, the non-expert discovery cutoff was February 11, 2011.

NOW THEREFORE, all Parties hereto stipulate and agree that the Court may enter an Order continuing these discovery deadlines as follows:

  (a) The expert witness disclosure deadline is August 15, 2011.

  (b) The expert discovery deadline is September 19, 2011.

  (c) Plaintiff may depose Risé Landeros, a non-expert witness, by September 19, 2011.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 1, 2011                   Law Offices of Daniel Feder

                                      /s/ Oleg Albert
                                      OLEG ALBERT
                                      Attorneys for Plaintiff
                                      NINA FU


Dated: June 1, 2011                   SEYFARTH SHAW LLP

                                      /s/ Eden Anderson
                                      EDEN ANDERSON
                                      Attorneys for Defendant
                                      WALKER PARKING CONSULTANTS

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated: June 6, 2011

                                      _____
                                      Hon. James Ware
                                      United States District Judge