**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7      IN THE UNITED STATES DISTRICT COURT
8      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9      SAN FRANCISCO DIVISION

10   Nina Fu,                                             NO. C 09-05056 JW

11            Plaintiff,                                  **ORDER GRANTING STIPULATION IN PART; SETTING REVISED DISCOVERY AND TRIAL SCHEDULE**
     v.
12
     Walker Parking Consultants,
13
              Defendant.
14   _____/

15      Presently before the Court is the parties' Stipulation to Trial Continuance and to Extend

16   Certain Discovery Deadlines to Engage in Mediation. (Docket Item No. 39.) The parties contend

17   that they have agreed to Alternative Dispute Resolution, and have "reserved the earliest available

18   date [September 7, 2011] with the mediator of their choice." (Id. at 2.) Further, the parties contend

19   that they would "prefer to avoid the costs associated with trial preparation" while they are pursuing

20   mediation, and have accordingly stipulated to a trial continuance and the extension of certain

21   discovery deadlines. (Id.)

22      In light of the parties' contention that they are pursuing mediation, and in light of the Court's

23   own schedule, the Court GRANTS in part the parties' Stipulation and ORDERS as follows:

24      (1)   The expert witness disclosure deadline shall be **September 16, 2011**.

25      (2)   The expert discovery deadline shall be **October 21, 2011**.

26      (3)   Plaintiff may depose Risé Landeros, a non-expert witness, on or before **October 21,**

27            **2011**.

28

(4) The current trial schedule is VACATED. The Court sets **November 14, 2011 at 10 a.m.** as a new Preliminary Pretrial Conference date. On or before **November 4, 2011**, the parties shall file a Joint Pretrial Statement which shall include an update on the parties' mediation efforts and a good faith proposed trial schedule.

Dated: August 18, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ashley E Choren achoren@seyfarth.com
Daniel L. Feder danfeder@pacbell.net
Eden Edwards Anderson eanderson@seyfarth.com
Michael J. Burns mburns@seyfarth.com

**Dated: August 18, 2011**          **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
         **Susan Imbriani**
         **Courtroom Deputy**