**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nina Fu, | NO. C 09-05056 JW |
|     Plaintiff, | **ORDER VACATING ALL PRETRIAL AND TRIAL DATES; SETTING STATUS CONFERENCE RE. SETTLEMENT** |
|     v. | |
| Walker Parking Consultants, | |
|     Defendant. | |

On November 1, 2011, the parties in this case informed the Court that they have reached a settlement. (See Docket Item No. 43.) In light of the settlement, the Court vacates all trial and pretrial dates.

The Court sets **November 28, 2011 at 10 a.m.** for a Status Conference re. Settlement. On or before **November 18, 2011**, the parties shall either file a Stipulated Dismissal pursuant to Federal Rule of Civil Procedure 41(a), or a Joint Status Conference Statement setting forth, *inter alia*, the status of the activities in regard to the settlement and how much additional time is requested to finalize the settlement. In the event the parties file their Stipulated Dismissal on or before November 18, 2011, the Status Conference shall be automatically vacated.

Dated: November 3, 2011

                                                JAMES WARE
                                                United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ashley E Choren achoren@seyfarth.com
Daniel L. Feder danfeder@pacbell.net
Eden Edwards Anderson eanderson@seyfarth.com
Michael J. Burns mburns@seyfarth.com

**Dated: November 3, 2011**               **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
          **Susan Imbriani**
          **Courtroom Deputy**